Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

1

2

3
McDonald et al )
)  Case No: 3:17-cv-04344
4
                  Plaintiff(s), )
)  **APPLICATION FOR**
5
      v.                        )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
6
Kilcoo ApS et al                )  (CIVIL LOCAL RULE 11-3)
)
7
                  Defendant(s). )
)
8

9    I, John Carlos Vazquez                , an active member in good standing of the bar of
New York                , hereby respectfully apply for admission to practice *pro hac vice* in the
10   Northern District of California representing: ironSource USA Inc.                in the
above-entitled action. My local co-counsel in this case is Celeste Brecht                , an
11   attorney who is a member of the bar of this Court in good standing and who maintains an office
12   within the State of California.

13   MY ADDRESS OF RECORD:                      LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Venable LLP, 1270 Avenue of the Americas,   Venable LLP, 505 Montgomery Street #1400,
14   New York, NY 10020                         San Francisco, CA 94111
MY TELEPHONE # OF RECORD:                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
15   (212) 370-6293                             (310) 229-9974
MY EMAIL ADDRESS OF RECORD:                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
16   JCVazquez@Venable.com                     CMBrecht@Venable.com

17   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: _____ .
18   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.
19   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20   Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/31/17                              John Carlos Vazquez
22                                                      APPLICANT

23
## ORDER GRANTING APPLICATION
24   ## FOR ADMISSION OF ATTORNEY PRO HAC VICE

25   IT IS HEREBY ORDERED THAT the application of John Carlos Vazquez is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26   appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27   designated in the application will constitute notice to the party.

28   Dated:
                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino,    Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that        **John Carlos Vazquez**        was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the   **1st**   day of        **May 2013,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on  August 23, 2017.



_____
Clerk of the Court