# CERTIFICATE
## ERKLÆRING
## ATTESTATION
## ZUSTELLUNGSZEUGNIS

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
Undertegnede myndighed har herved den ære i overensstemmelse med konventionens artikel 6 at bekræfte,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,

☒ 1. **that the document has been served**
at forkyndelsen er foretaget
que la demande a été exé cutée
dass der Antrag erledigt worden ist

- **the (date)**
den (dato)            6-10-2017
le (date)
am (Datum)

- **at (place, street, number)**
på/i (sted, gade, husnummer)
á (localité, rue, numéro)      **Sybo Games ApS**
in (Ort, Strasse, Nummer)      **Jorcks Passage 1 A, 4**
                               **1162  København K**

☒ a) **in accordance with the provisions of sub-paragraph (a) at the first paragraph of article 5 of the Convention**
i overensstemmelse med reglerne I konventionens artikel 5, stk. 1, litra (a)
selon les formes légales (article 5, alinéa premier, lettre a)
in einer der gesetzlicher Formen (Artikel 5 Absatz 1 Buchstabe a)

☐ b) **in accordance with the following particular method:**
ved anvendelse af følgende særlige fremgangsmåde:
selon la forme particullière suivante:
in der folgenden besonderen Form:

☐ c) **by delivery to the adressee, who accepted it voluntarily.**
ved overlevering af dokumentet til adressaten, der modtog det frivilligt.
par simple remise.
durch einfache Übergabe.

**The documents referred to in the request have been delivered to:**
De i anmodningen nævnte documenter er overleveret til: **Sybo Games ApS, Jorcks Passage 1 A, 4., 1162  København K**
Les documents mentionnés dans la demande ont été remis à:
Die in dem Antrag erwähnten Schriftstücke sind übergegeben worden an:

- **(identity and description of person)**
(vedkommendes navn og stilling)     **Hanne Sewohl**
(identité et qualité de la personne)
(Name und Stellung der Person)

- **relationship to the addressee family, business or other:**
tilknytning til adressaten familiemæssig, forretningsmæssig eller anden: **Employee**
liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
Vervandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:

☐ 2. **that the document has not been served, by reason of the following facts:**
at forkyndelse på grund af følgende omstændigheder ikke er foretaget:
que la demande n'a pas été executée, en raison des faits suivants:
dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:

☐ **In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expences detailed it the attached statement.**
I overensstemmelse med konventionens artikel 12, stk. 2, anmodes rekvirenten om at betale eller refundere de i vedlagte bilag nærmere angivne omkostninger.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais don't le détail figure au mémoire ci-joint.
Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelen angegeben sind, zu zahlen oder zu erstatten.

☐ **Annexes:**
Bilag:
Annexes:
Anlagen:

☒ **Documents returned:**
Tilbagesendte dokumenter:
Piéces renvoyées:
Zurückgesandte Schriftstücke:



☐ **In appropiate cases, documents establishing the service:**
I givet fald documenter, der viser, at anmodningen er efterkommet:
Le cas échéant, les documents justificatifs de l'exécution:
Gegebenenfalls Erleidigungsstücke:

**Signature and/or stamp:**
Underskrift og/eller stempel:
Signature et/ou cachet

# REQUEST FOR SERVICE ABROAD
## OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| John Pierceall, Attorney<br>Ancillary Legal Corporation<br>74 Goldrush Circle<br>Atlanta, GA 30328, USA<br>John.pierceall@ancillarylegal.com<br>404-459-8006<br>(Fax) 404-459-0916 | Ministry of Justice<br>Procedural Law Division<br>Slotsholmsgade 10<br>1216 Copenhagen K<br>Denmark<br>+45-72-26-84-00<br>(Fax) +45-3393-3510 |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

**Sybo Games ApS**
**Jorcks Passage 1A, 4**
**1162 Copenhagen K**
**Denmark**

( x ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

( )(b) in accordance with the following particular method (sub-paragraph *(b)* of the first paragraph of Article 5):*

( )(c) by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes * - with a certificate as provided on the next page.

List of documents:
**Summons and attachment, Complaint, Exhibits, Civil Standing Order for Magistrate Judge, Registration Information and Filing Procedures, Order Setting Initial Case Management Conference, Joint Case Management Statement and Proposed Order**

Done at Atlanta, GA, USA on September 8, 2017

Signature and/or stamp

John Pierceall, Esq., Ancillary Legal Corporation,
74 Goldrush Circle, Atlanta, GA 30328 USA
404-459-8006, john.pierceall@ancillarylegal.com