MICHAEL W. SOBOL (Bar No. 194857)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Attorneys for Plaintiffs individually and on behalf
of all others similarly situated

*(Additional counsel listed on signature pages)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL MCDONALD, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>KILOO APS, et al.,<br>    Defendants. | Civil Case No.: 3:17-cv-04344-JD (L) |
| AMANDA RUSHING, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, et al.,<br>    Defendants. | Civil Case No.: 3:17-cv-04419-JD |
| AMANDA RUSHING, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>VIACOM INC., et al.,<br>    Defendants. | Civil Case No.: 3:17-cv-04492-JD |

**STIPULATION, REPORT, AND [PROPOSED] ORDER ON MOTIONS TO DISMISS**

Following the Initial Case Management Conference in these cases held on November 9, 2017, and in light of the directives issued by the Court at that Conference, the undersigned counsel for Plaintiffs Michael McDonald, Tamara Draut, P.G.M., P.R.M., P.S.M., H.D.F., Amanda Rushing, and L.L., ("Plaintiffs") and Defendants Kiloo A/S, Sybo Games ApS, AdColony, Inc., Altaba Inc., Chartboost, Inc., Flurry, Inc., InMobi Pte Ltd., ironSource USA Inc., Tapjoy, Inc., Vungle, Inc., The Walt Disney Company, Disney Enterprises, Inc., Disney Electronic Content, Inc., Upsight, Inc., Unity Technologies SF, Kochava, Inc., Viacom Inc., and Viacom International Inc. ("Defendants") (collectively, "the Parties") in the above-captioned actions hereby stipulate and agree as follows:

1. This Stipulation and Report sets out Defendants' plans for motions to dismiss as directed by the Court and memorializes the Parties' agreement relating to the briefing schedule for the motions.

2. At the Case Management Conference, the Court ordered that Defendants' motions to dismiss at this time address only the subjects of preemption under the Children's Online Privacy Protection Act ("COPPA"), jurisdiction under the Class Action Fairness Act ("CAFA"), and personal jurisdiction. The Court directed that any Defendant that wished to present a motion on any other issue in this initial round of briefing — aside from any state law issues or other Rule 12(b)(6) grounds that Defendants reserve their rights to, and may, assert in motions filed at a later date — should identify that issue in this submission and explain the reasons why that issue needs to be presented and decided now.

3. Defendants intend to file motions to dismiss on preemption under COPPA and (for certain defendants only) personal jurisdiction. Defendants will not move to dismiss for lack of subject-matter jurisdiction. Nor does any Defendant seek the Court's permission to address any other subject at this time, except as provided in Paragraph 4.

4. In the Joint Case Management Statement in *Rushing v. Viacom*, Civil Case No.: 3:17-cv-04492-JD, Defendant Viacom indicated that it intends to file a motion to compel arbitration of Plaintiffs' claims against it. Plaintiffs stated in response that they deny that any enforceable arbitration agreement exists. This motion was not separately discussed at the Case Management Conference. After the conference, believing that the Court preferred to defer this motion in furtherance of its desire to streamline the initial round of motions, Viacom asked Plaintiffs to stipulate that Viacom would not waive its arbitration rights if it deferred its arbitration motion pending the Court's decision on the

threshold common issues discussed above. Plaintiffs declined to agree to such a stipulation, and stated that because Viacom's arbitration motion is a threshold jurisdictional issue, like the COPPA preemption and personal jurisdiction issues, Viacom should file its arbitration motion concurrently with the other threshold motions to dismiss, consistent with the Court's request that all such issues be presented together. Viacom will accordingly proceed to file its arbitration motion on the schedule set out below unless the Court directs otherwise.

5. As directed by the Court, all Defendants who wish to join in the COPPA preemption motion will present a single common brief. Any Defendant that wishes to present an additional, Defendant-specific COPPA preemption issue may do so in a separate, non-overlapping brief, applying the criteria described by the Court during the Case Management Conference. At this time, no Defendant intends to file a supplemental preemption brief, but Defendants reserve the right to do so.

6. At the Case Management Conference, certain non-California resident Defendants advised the Court that they will move to dismiss some or all claims against them on personal jurisdiction grounds. The Court encouraged those defendants to file a joint brief on personal jurisdiction issues, if possible. Defendant Kochava, Inc. intends to file a brief on personal jurisdiction grounds. At this time, defendants Kiloo A/S and Sybo Games ApS intend to file a supplemental brief addressing whether there is personal jurisdiction over Kiloo A/S and Sybo Games ApS for claims brought by out-of-state resident class members. In the event that Kiloo A/S and Sybo Games ApS do not file their supplemental brief on this issue during this initial round of dismissal motions, Kiloo A/S and Sybo Games ApS reserve the right to do so at a later stage in this litigation, and Plaintiffs reserve their rights to oppose the timeliness of such later submissions regarding personal jurisdiction.

7. The briefing described above shall be subject to the following page limitations, consistent with the Court's Standing Order:

    a. <u>Arbitration briefing</u>: opening brief: 15 pages, opposition brief: 15 pages, reply brief: 10 pages.

    b. <u>Common COPPA preemption briefing</u>: opening brief: 15 pages, opposition brief: 15 pages, reply brief: 10 pages.

    c. <u>Defendant-specific COPPA preemption briefing</u>: opening brief: 5 pages, opposition brief: 5 pages, reply brief: 3 pages.

    d.    <u>Personal jurisdiction briefing</u>:  Kochava, Inc.'s opening brief: 15 pages, opposition brief: 15 pages, reply brief: 10 pages.

    e.    <u>Defendant-specific and/or supplemental personal jurisdiction briefing</u>: Kiloo A/S and Sybo Games ApS' joint opening brief: 5 pages, opposition brief: 5 pages, reply brief: 3 pages.

8.    Subject to the consideration described in Paragraph 9, the Parties have stipulated to the following briefing schedule for the motions described above:

- Defendants' Motions and opening briefs due on or before November 22, 2017.
- Plaintiffs' Oppositions due on or before December 22.
- Defendants' Replies due on or before January 12, 2018.
- The motions shall be set for hearing on February 1, 2018, at 10 a.m. or such other date and/or time as shall be convenient to the Court.

9.    As reported to the Court at the CMC, the Parties have stipulated that until the Court issues a ruling on the motions to dismiss, no discovery shall occur, except that, subject to a protective order to be agreed upon and submitted by the Parties, the Defendants in each case shall produce a copy of each contract between or among two or more of the Defendants in that case (including any such agreements that include additional parties not named in the Complaint) that relates to the game apps that are identified in the Complaint in that case.  Such production shall include all amendments, exhibits, and schedules that are incorporated into each contract.  The production shall occur by December 22, 2017, or the next business day following entry of a protective order by the Court, whichever is later.

IT IS SO STIPULATED.

DATED:  November 16, 2017    Respectfully submitted,

    By:    */s/ Michael W. Sobol*
           MICHAEL W. SOBOL (Bar No. 194857)
           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
           275 Battery Street, 29th Floor
           San Francisco, CA 94111-3339
           Telephone: + 1 (415) 956-1000
           Facsimile: + 1 (415) 956-1008
           Email: msobol@lchb.com

| | |
|---|---|
| 1 | NICHOLAS DIAMAND |
| 2 | DOUGLAS I. CUTHBERTSON |
|   | ABBYE R. KLAMANN (Bar No. 311112) |
| 3 | 250 Hudson Street, 8th Floor |
|   | New York, NY 10013-1413 |
| 4 | Telephone: + 1 (212) 355-9500 |
|   | Facsimile: + 1 (212) 355-9592 |
| 5 | Email: ndiamand@lchb.com |
|   | Email: dcuthbertson@lchb.com |
| 6 | Email: aklamann@lchb.com |

HANK BATES
ALLEN CARNEY
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: + 1 (501) 312-8500
Facsimile: + 1 (501) 312-8505
Email: hbates@cbplaw.com
Email: acarney@cbplaw.com

*Attorneys for Plaintiffs*

By:   /s/ Sonali D. Maitra
SONALI D. MAITRA
DARALYN J. DURIE
LEERON MORAD
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: + 1 (415) 362-6666
Facsimile: + 1 (415) 236-6300
Email: smaitra@durietangri.com
Email: ddurie@durietangri.com
Email: lmorad@durietangri.com

*Attorneys for Defendant Kiloo A/S*

By:   /s/ Jack P. DiCanio
JACK P. DICANIO
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: + 1 (650) 470-4500
Facsimile: + 1 (650) 470-4570
Email: jdicanio@skadden.com

```
                        LANCE A. ETCHEVERRY
                        ALLISON B. HOLCOMBE
                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                        300 South Grand Avenue, Suite 3400
                        Los Angeles, CA 90071
                        Telephone: + 1 (213) 687-5000
                        Facsimile: + 1 (213) 621-5432
                        Email: letcheve@skadden.com
                        Email: allison.holcombe@skadden.com
```

*Attorneys for Defendant Sybo Games ApS*

By:   */s/ David R. Singh*
        DAVID R. SINGH (Bar No. 300840)
        AUDREY E. STANO
        JOHN A. STRATFORD
        WEIL, GOTSHALL & MANGES LLP
        201 Redwood Shores Parkway, 5th Floor
        Redwood Shores, CA 94065
        Telephone: + 1 (650) 802-3000
        Facsimile: + 1 (650) 802-3100
        Email: david.singh@weil.com
        Email: audrey.stano@weil.com
        Email: john.stratford@weil.com

*Attorney for Defendant Adcolony, Inc.*

By:   */s/ Tera M. Heintz*
        TERA M. HEINTZ
        ASHLEY A. KRUPSKI
        MORGAN, LEWIS & BOCKIUS, LLP
        One Market, Spear Street Tower
        San Francisco, CA 94105
        Telephone: + 1 (415) 442-1000
        Facsimile: + 1 (415) 442-1001
        Email: theintz@morganlewis.com
        Email: akrupski@morganlewis.com

        JOSEPH DUFFY
        MORGAN, LEWIS & BOCKIUS, LLP
        300 South Grand Avenue, 22nd Floor
        Los Angeles, CA 90071-3132
        Telephone: + 1 (213) 612-7378
        Facsimile: + 1 (213) 612-2501
        Email: joseph.duffy@morganlewis.com

*Attorney for Defendants Altaba Inc. and Flurry, Inc.*

| | | |
|---|---|---|
| 1 | By: | */s/ Michael G. Rhodes* |
| 2 | | MICHAEL G. RHODES (Bar No. 116127) |
| | | BENJAMIN H. KLEINE (Bar No. 257225) |
| 3 | | COOLEY LLP |
| | | 101 California Street, 5th Floor |
| 4 | | San Francisco, CA 94111-5800 |
| | | Telephone: + 1 (415) 693-2000 |
| 5 | | Facsimile: + 1 (415) 693-222 |
| | | Email: rhodesmg@cooley.com |
| 6 | | Email:bkleine@cooley.com |

*Attorneys for Defendant Chartboost, Inc.*

By:   */s/ Tyler G. Newby*
TYLER G. NEWBY
AVERY L. BROWN
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: + 1 (415) 875-2300
Facsimile: + 1 (415) 875-2391
Email: tnewby@fenwick.com
Email:avery.brown@fenwick.com

ANGEL CHIANG
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: + 1 (650) 988-8500
Facsimile: + 1 (650) 938-5200
Email: achiang@fenwick.com

*Attorneys for Defendant InMobi Pte Ltd.*

By:   */s/ Celeste M. Brecht*
CELESTE M. BRECHT
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: + 1 (310) 229-9900
Facsimile: + 1 (310) 229-9901
Email: cmbrecht@venable.com

EDWARD P. BOYLE
JOHN C. VAZQUEZ
VENABLE LLP

|   |   |
|---|---|
| 1 | 1270 Avenue of the Americas |
| 2 | New York, NY 10020 |
|   | Telephone: + 1 (212) 808-5675 |
| 3 | Facsimile: + 1 (212) 307-5598 |
|   | Email: epboyle@venable.com |
| 4 | Email:jcvazquez@venable.com |

*Attorneys for Defendant ironSource USA Inc.*

By:   /s/ Jacob A. Sommer
JACOB A. SOMMER
ZWILLGEN LAW LLP
1900 M Street NW, Suite 250
Washington, D.C. 20036
Telephone: + 1 (202) 296-3585
Facsimile: + 1 (202) 706-5298
Email: jake@zwillgen.com

JUI-TING ANNA HSIA (Bar No. 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: + 1 (415) 590-2341
Facsimile: + 1 (415) 636-5965
Email: anna@zwillgen.com

*Attorneys for Defendants Tapjoy, Inc. and Vungle, Inc.*

By:   /s/ Glenn D. Pomerantz
GLENN D. POMERANTZ
JORDAN D. SEGALL
MUNGER, TOLLES & OLSON, LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: + 1 (213) 683-9132
Facsimile: + 1 (213) 687-3702
Email: glenn.pomerantz@mto.com

ROSEMARIE T. RING
JONATHAN H. BLAVIN
JOSHUA S. MELTZER
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: + 1 (415) 512-4000
Facsimile: + 1 (415) 512-4700
Email: rose.ring@mto.com
Email:jonathan.blavin@mto.com

Email: joshua.meltzer@mto.com

*Attorneys for Defendants The Walt Disney Co.; Disney Enterprises, Inc.; and Disney Electronic Content Inc.*

By:  /s/ Matthew D. Brown
MATTHEW D. BROWN (Bar No. 196972)
BENJAMIN H. KLEINE (Bar No. 257225)
AMY M. SMITH (Bar No. 287813)
KELLY E. FABIAN (Bar No. 310359)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: + 1 (415) 693-2000
Facsimile: + 1 (415) 693-2222
Email: brownmd@cooley.com
Email: bkleine@cooley.com
Email: amsmith@cooley.com
Email: kfabian@cooley.com

*Attorneys for Defendant Upsight, Inc.*

By:  /s/ David F. McDowell
DAVID F. MCDOWELL (Bar No. 125806)
PURVI G. PATEL (Bar No. 270702)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: + 1 (213) 892-5200
Facsimile: + 1 (213) 892-5454
Email: DMcDowell@mofo.com
Email: PPatel@mofo.com

JULIE O'NEILL (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue N.W.
Washington D.C. 20006
Telephone: + 1 (202) 887-1500
Facsimile: + 1 (202) 887-0736
Email: JONeill@mofo.com

*Attorneys for Defendant Unity Technologies SF*

By:   */s/ Allison J. Fernandez*
ALLISON J. FERNANDEZ
GORDON & REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: + 1 (415) 986-5900
Facsimile: + 1 (415) 986-8054
Email: afernandez@gordonrees.com

CRAIG J. MARIAM
HAZEL MAE B. PANGAN
SAMUEL B. LAUGHLIN
GORDON & REES SCULLY MANSUKHANI LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: + 1 (213) 576-5000
Facsimile: + 1 (877) 306-0043
Email: cmariam@gordonrees.com
Email: hpangan@gordonrees.com
Email: slaughlin@grsm.com

***Attorneys for Defendant Kochava, Inc.***

By:   */s/ Sonya D. Winner*
SONYA D. WINNER (Bar No. 200348)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: swinner@cov.com

EMILY JOHNSON HENN (Bar No. 269482)
KATHRYN E. CAHOY (Bar No. 298777)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065-1418
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

***Attorneys for Defendants Viacom Inc.
and Viacom International Inc.***

1463607.1    - 9 -    STIPULATION, REPORT, AND [PROPOSED] ORDER
Case Nos.: 3:17-cv-4344-JD; 3:17-cv-4419-JD; 3:17-cv-4492-JD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The motions may be noticed for hearing on February 1, 2018, at 10 a.m.

DATED:  November 20, 2017

_____
Hon. James Donato
United States District Judge