| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (SBN 194857)<br>msobol@lchb.com<br>Facundo Bouzat (SBN 316957)<br>fbouzat@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand<br>ndiamand@lchb.com<br>Douglas I. Cuthbertson<br>dcuthbertson@lchb.com<br>Abbye R. Klamann (SBN 311112)<br>aklamann@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone: 212.355.9500<br>Facsimile: 212.355.9592 | CARNEY BATES & PULLIAM, PLLC<br>Hank Bates (SBN 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>519 West 7th St.<br>Little Rock, AR 72201<br>Telephone: 501.312.8500<br>Facsimile: 501.312.8505 |

*Attorneys for Plaintiffs and the proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCDONALD, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>KILOO APS, et al.,<br><br>         Defendants. | Case No. 3:17-cv-04344-JD (L)<br><br>**STATEMENT OF RECENT DECISION** |
| AMANDA RUSHING, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>         Defendants. | Case No. 3:17-cv-04419-JD |

| | |
|---|---|
| AMANDA RUSHING, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>VIACOM INC., et al.<br><br>   Defendants. | Case No. 3:17-cv-04492-JD |

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision, calling the Court's attention to the unpublished Opinion[1] issued on March 13, 2018 in *DEX Systems, Inc. v. Deutsche Post AG*, No. 16-56044, 2018 WL 1280917 (9th Cir. Mar. 13, 2018), as supplemental authority in further support of Plaintiffs' Opposition to Defendant Kochava's Motion to Dismiss (Dkt. 122) and Plaintiffs' Opposition to Defendants Kiloo A/S and Sybo ApS's Motion To Dismiss (Dkt. 123).  A true and correct copy of the Opinion is attached as Exhibit A.

Dated: April 3, 2018          Respectfully Submitted,

/s/ Michael W. Sobol

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Facundo Bouzat (State Bar No. 316957)
fbouzat@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008

---

[1] Pursuant to Ninth Circuit Rule 36-3, the Ninth Circuit's unpublished dispositions are not precedent, but may be cited to pursuant to Fed. R. App. P. 32.1.

| | |
|---|---|
| 1 | |
| 2 | Nicholas Diamand |
| | ndiamand@lchb.com |
| | Douglas I. Cuthbertson |
| 3 | dcuthbertson@lchb.com |
| | Abbye R. Klamann (State Bar No. 311112) |
| 4 | aklamann@lchb.com |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | 250 Hudson Street, 8th Floor |
| | New York, NY  10013 |
| 6 | Telephone:  212.355.9500 |
| | Facsimile:  212.355.9592 |

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs and the proposed Classes*