```
DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
RAGHAV R. KRISHNAPRIYAN (SBN 273411)
rkrishnapriyan@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
KILOO A/S
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCDONALD, TAMARA DRAUT, and DOMINIQUE MURILLO, on behalf of themselves; and as parents and guardians of their children, P.G.M., P.S.M., P.R.M., H.D.-F., M.M., G.M., and E.M.; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KILOO A/S; SYBO GAMES APS; ADCOLONY, INC.; CHARTBOOST, INC.; FLURRY, INC.; INMOBI PTE LTD.; IRONSOURCE USA INC.; OATH (AMERICAS) INC. d/b/a OATH ADVERTISING, INC.; OATH, INC.; TAPJOY, INC.; and VUNGLE, INC.,<br><br>Defendants. | Case No. 3:17-cv-04344-JD<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Ctrm:    11, 19th Floor<br>Judge:   Honorable James Donato |

PLEASE TAKE NOTICE that Sonali D. Maitra, counsel for Defendant Kiloo A/S, hereby requests to be withdrawn as counsel of record in this case as she is leaving Durie Tangri LLP.

Daralyn Durie, Joshua Lerner, and Raghav Krishnapriyan from Durie Tangri LLP will continue to represent Kiloo A/S. Accordingly, the withdrawal of Ms. Maitra from this matter will impose no delay of the case nor will it prejudice any party.

Dated: June 28, 2018                                    DURIE TANGRI LLP

                                                        By:     */s/ Sonali D. Maitra*
                                                                SONALI D. MAITRA

                                                        Attorney for Defendant
                                                        KILOO A/S

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sonali D. Maitra*
SONALI D. MAITRA
