# EXHIBIT 1

*REDACTED DOCUMENT, SUBJECT TO CONCURRENTLY FILED MOTION TO SEAL*

# EXHIBIT 1



**Kochava Inc.**
**Employee Contact List**

| Employee | Address | Job Title | Last Day Worked | Hire Date | State Worked |
|---|---|---|---|---|---|
| Adjiasmanov, Rasim | Spokane Valley, WA 99206 | Developer | 05/21/2015 | 07/01/20... | ID |
| Allard, Koby G | Sandpoint, ID 83864 | Developer | 03/20/2015 | 07/01/20... | ID |
| Bardwick, David | Missoula, MT 59803 | Mgr, SDK | 04/28/2017 | 07/01/20... | MT |
| Benoit, James | Sandpoint, ID 83864 | Sr. Manager, Product Operations | | 07/01/20... | ID |
| Blanford, Christopher | Sandpoint, ID 83864 | Senior Director of Marketing | 05/12/2017 | 08/14/20... | ID |
| Brown, Gordon | Sagle, ID 83860 | Support Engineer | | 10/10/20... | ID |
| Capeloto, Michael | Seattle, WA 98105 | Developer | 08/25/2017 | 05/04/20... | WA |
| Dedych, Jon C | Sandpoint, ID 83864 | Client Success Manager | | 05/16/20... | ID |
| Falconer, Aubrey | Sandpoint, ID 83864 | Developer | 11/18/2016 | 07/01/20... | ID |
| Gillis, Matt J | Sandpoint, ID 83864 | Sr. Director of Client Success | | 07/01/20... | ID |
| Harris, Jason | Sandpoint, ID 83864 | Engineering Technician | 07/23/2015 | 07/01/20... | ID |
| Hicks, Jason | Sagle, ID 83860 | VP, Marketing & Client Services | | 06/16/20... | ID |
| Jensen, Luke F | Sandpoint, ID 83864 | Product Analyst | | 12/01/20... | ID |
| Kellogg, Mark W | Sandpoint, ID 83864 | Director of Client Services-East | | 03/02/20... | ID |
| Kosiba, David R | Sagle, ID 83860 | Integrations Analyst | 04/27/2018 | 07/01/20... | ID |
| Lieuallen, Douglas S | Sandpoint, ID 83864 | CFO | | 09/22/20... | ID |
| Mann, Eric D | Ponderay, ID 83852 | Dir, Product Engineering | | 07/01/20... | ID |
| Manning, Charles F | Sandpoint, ID 83864 | CEO | | 07/15/20... | ID |
| Matt, David J | Sandpoint, ID 83864 | Legal Counsel | | 09/01/20... | ID |
| Miller, Ann E | Sandpoint, ID 83864 | Client Success Manager | | 07/01/20... | ID |
| Mireley, Joshua | Sagle, ID 83860 | Client Success Manager | | 01/03/20... | ID |
| Morris, Taylor J | Sandpoint, ID 83864 | Director of Client Services-West | | 06/15/20... | ID |
| Pignolet, Wayne A | Sandpoint, ID 83864 | VP, LiveOps | 08/06/2015 | 07/01/20... | ID |
| Samuels, Seth M | Sandpoint, ID 83864 | VP, Research & Development | | 09/02/20... | ID |
| Schramm, Luke | Kootenai, ID 83840 | Lead Client Success Manager | | 07/18/20... | ID |
| Turnlund, Zachary | Sandpoint, ID 83864 | Lead Client Success Manager-APAC | | 08/23/20... | ID |
| Watt, Vivian | Sandpoint, ID 83864 | Lead Client Success Manager | | 10/01/20... | ID |
| Whitesel, Nicholas W | Sandpoint, ID 83864 | Sr Product Analyst | | 07/01/20... | ID |
| Wilson, Tyler J | Sandpoint, ID 83864 | Developer | 02/27/2015 | 07/01/20... | ID |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                         KOCHAVA000144