MORGAN, LEWIS & BOCKIUS LLP
TERA M. HEINTZ, Bar No. 241414
 tera.heintz@morganlewis.com
ELLIE F. CHAPMAN, Bar No. 305473
 ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001

Attorneys for Defendants
FLURRY, INC., OATH (AMERICAS) INC., and
OATH INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCDONALD, TAMARA DRAUT, and DOMINIQUE MURILLO, on behalf of themselves; as parents and guardians of their children, P.G.M., P.S.M., P.R.M., H.D.-F., M.M., G.M., and E.M.; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KILOO A/S; SYBO GAMES APS; ADCOLONY, INC.; CHARTBOOST, INC.; FLURRY, INC.; INMOBI PTE LTD.; IRONSOURCE USA INC.; OATH (AMERICAS) INC. d/b/a OATH ADVERTISING, INC.; OATH INC.; TAPJOY, INC.; and VUNGLE, INC.,<br><br>Defendants. | Case No. 3:17-cv-04344-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS FLURRY, INC., OATH (AMERICAS) INC. AND OATH INC.'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:        October 18, 2018<br>Time:        10:00 a.m.<br>Judge:       Hon. James Donato<br>Courtroom: 11, 19th Floor<br><br>Amended Complaint Filed:  June 4, 2018 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANT'S
FLURRY, INC., OATH (AMERICAS) INC., AND
OATH, INC.'S MOTION TO DISMISS AMENDED
COMPLAINT
Case No. 3:17-cv-04344-JD

1  Defendants Flurry, Inc., Oath (Americas) Inc., and Oath, Inc.'s Motion to Dismiss
2  Plaintiffs' Amended Class Action Complaint pursuant to 12(b)(6) was heard on October 18, 2018,
3  the Honorable James Donato presiding.  Having considered all the papers and arguments in
4  support of an in opposition to the Motion to Dismiss, as well as any pleadings, papers, records,
5  and documentary materials on file in this action, the Court hereby GRANTS the Motion to
6  Dismiss because Plaintiffs' conclusory and undifferentiated allegations against Flurry, Inc., Oath
7  (Americas) Inc., and Oath, Inc. are insufficient as a matter of law to state claims against any of
8  the entities, or to pierce the corporate veil between Flurry, Inc., Oath (Americas) Inc., and Oath,
9  Inc.
10  IT IS HEREBY ORDERED THAT Plaintiffs' Amended Class Action Complaint is
11  DISMISSED with prejudice as to Flurry, Inc., Oath (Americas) Inc., and Oath, Inc.

13  **IT IS SO ORDERED.**

15  DATED: _____        _____
16                                          Honorable James Donato
                                            United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

1

[PROPOSED] ORDER GRANTING DEFENDANT'S
FLURRY, INC., OATH (AMERICAS) INC., AND
OATH, INC.'S MOTION TO DISMISS AMENDED
COMPLAINT
Case No. 3:17-cv-04344-JD