UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCDONALD, TAMARA DRAUT, and DOMINIQUE MURILLO, on behalf of themselves; and as parents and guardians of their children, P.G.M., P.S.M., P.R.M., H.D.-F., M.M., G.M., and E.M.; and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KILOO A/S; SYBO GAMES APS; ADCOLONY, INC.; CHARTBOOST, INC.; FLURRY, INC.; INMOBI PTE LTD.; IRONSOURCE USA INC.; OATH (AMERICAS) INC. d/b/a OATH ADVERTISING, INC.; OATH, INC.; TAPJOY, INC.; and VUNGLE, INC.,<br><br>Defendants. | CASE NO.: 3:17-cv-04344-JD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT SYBO APS'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM AND FOR LACK OF PERSONAL JURISDICTION<br><br>Judge:       Hon. James Donato<br><br>Date:        October 18, 2018<br>Time:       10:00 a.m.<br>Courtroom: 11, 19th Floor<br><br>Trial Date:  None set |

Defendant Sybo ApS in the above-captioned case has moved to dismiss Plaintiffs' First Amended Complaint under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2). The Court has reviewed the moving, opposition and reply papers, and has considered all arguments raised at the hearing on the Motion, and holds that the First Amended Complaint fails to state a claim for violation of the California constitutional right to privacy, intrusion upon seclusion, or violation of New York General Business Law § 349.

The Court additionally finds that it lacks personal jurisdiction over Sybo for all claims brought by Plaintiffs Tamara Draut and her child H.D.-F., and dismisses all claims by the Plaintiff Tamara Draut and H.D.-F. The Court further finds that it lacks personal jurisdiction over Sybo for all claims brought on behalf of out-of-state class members. Accordingly, these claims are dismissed.

After considering the submissions and arguments, the Court hereby GRANTS Defendant's motion and DISMISSES the First Amended Complaint with prejudice.

**IT IS SO ORDERED.**

DATED: _____

Hon. James Donato
United States District Judge