# EXHIBIT A

Pages 1 - 62

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO

| | | |
|---|---|---|
| MICHAEL MCDONALD, et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. C 17-4344 JD |
| | ) | |
| KILOO APS, et al, | ) | |
| | ) | San Francisco, California |
| Defendants. | ) | Thursday |
| | ) | April 5, 2018 |
| _____ | ) | 10:00 a.m. |
| | ) | |
| AMANDA RUSHING, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. C 17-4419 JD |
| | ) | |
| THE WALT DISNEY COMPANY, et al | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| AMANDA RUSHING, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. C 17-4492 JD |
| | ) | |
| VIACOM, INC., et al | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**TRANSCRIPT OF PROCEEDINGS**

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

*Reported By:*   *Debra L. Pas, CSR 11916, CRR, RMR, RPR*
                  *Official Reporter - US District Court*
                  *Computerized Transcription By Eclipse*

*Debra L. Pas, CSR, RPR, RMR, CRR*
*Official Reporter - U.S. District Court - San Francisco*
*(415) 431-1477*

```
 1   APPEARANCES:

 2   For Plaintiffs:           LIEFF, CABRASER, HEIMANN
                                 & BERNSTEIN
 3                             275 Battery Street
                               29th Floor
 4                             San Francisco, California  94111
                         BY:   MICHAEL W. SOBOL, ESQ.
 5                             FACUNDO BOUZAT, ESQ.

 6
                               LIEFF, CABRASER, HEIMANN
 7                               & BERNSTEIN
                               250 Hudson Street
 8                             8th Floor
                               New York, New York 10013
 9                       BY:   ABBYE ROSE KLAMANN, ESQ.

10
                               CARNEY BATES & PULLIAM, PLLC
11                             519 West 7th Street
                               Little Rock, Arkansas 72201
12                       BY:   DAVID F. SLADE, ESQ.
                               JOSEPH HENRY BATES, ESQ.
13

14   For Defendant Kiloo ApS:
                               DURIE TANGRI, LLP
15                             217 Leidesdorff Street
                               San Francisco, California 94111
16                       BY:   SONALI DEEKSHA MAITRA, ESQ.
                               RAGHAV KRISHNAPRIVAN, ESQ.
17

18   For Defendants Viacom, Inc. and Viacom International, Inc.:
                               COVINGTON & BURLING, LLP
19                             One Front Street
                               35th Floor
20                             San Francisco, California 94111
                         BY:   SONYA DIANE WINNER, ESQ.
21

22                             COVINGTON & BURLING
                               333 Twin Dolphin Drive
23                             Suite 700
                               Redwood Shores, California 94065
24                       BY:   KATHRYN ELIZABETH CAHOY, ESQ.

25              (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendants The Walt Disney Company:
                         MUNGER TOLLES & OLSON, LLP
 3                       560 Mission Street
                         27th Floor
 4                       San Francisco, California 94105
                    BY:  JONATHAN HUGH BLAVIN, ESQ.
 5

 6

 7   For Defendant Sybo Games ApS:
                         SKADDEN ARPS SLATE MEAGHER
                          & FLOM
 8                       300 South Grand Avenue
                         Suite 3400
 9                       Los Angeles, California 90071
                    BY:  ALLISON BARRETT HOLCOMBE, ESQ.
10

11

12   For Defendants Tapjoy, Inc. and Vungle, Inc.:
                         ZWILLGEN LAW, LLP
13                       235 Montgomery Street
                         Suite 425
14                       San Francisco, California 94104
                    BY:  ANNA HSIA, ESQ.
15

16                       ZWILLGEN, PLLC
                         1900 M Street, NW
17                       Suite 250
                         Washington, DC 20036
18                  BY:  JACOB ALAN SOMMER, ESQ.

19

20   For Defendants Upsight, Inc. and Chartboost, Inc.:
                         COOLEY, LLP
21                       101 California Street
                         5th Floor
22                       San Francisco, California 94111
                    BY:  BENJAMIN H. KLEINE, ESQ.
23                       MATTHEW D. BROWN, ESQ.

24

25         (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant AdColony, Inc.:
                          WEIL GOTSHAL & MANGES, LLP
 3                        201 Redwood Shores Parkway
                          Redwood Shores, California 94065
 4               BY:  DAVID R. SINGH, ESQ.

 5


 6   For Defendants ironSource, Ltd. and ironSource USA, Inc.:
                          VENABLE, LLP
 7                        2049 Century Park East
                          Suite 2300
 8                        Los Angeles, California 90067
                 BY:  CELESTE MARIE BRECHT, ESQ.
 9


10
     For Defendants Altaba, Inc. and Flurry, Inc.:
11                        MORGAN, LEWIS & BOCKIUS LLP
                          One Market Street
12                        Spear Street Tower
                          San Francisco, California 94105
13               BY:  TERA MARIE HEINTZ, ESQ.

14

15   For Defendants InMobi Pte., Ltd. and InMobi, Inc.:
                          FENWICK & WEST, LLP
16                        801 California Street
                          Mountain View, California 94041
17               BY:  AVERY LEE BROWN, ESQ.

18

19   For Defendant Unity Technologies:
                          MORRISON & FOERSTER, LLP
20                        707 Wilshire Boulevard
                          Los Angeles, California 90017
21               BY:  PURVI G. PATEL, ESQ.

22
                          MORRISON & FOERSTER, LLP
23                        425 Market Street
                          San Francisco, California 94105
24               BY:  ALEXANDRA EVE S. LAKS ESQ.

25           (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

```
 1   APPEARANCES:   (CONTINUED)

 2   For Defendant Kochava, Inc.:
                         GORDON & REES
 3                       101 West Broadway
                         Suite 2000
 4                       San Diego, California 92101
                   BY:   HAZEL MAE B. PANGAN, ESQ.
 5

 6                       GORDON & REES
                         633 West Fifth Street
 7                       52nd Floor
                         Los Angeles, California 90071
 8                 BY:   CRAIG J. MARIAM, ESQ.

 9

10                            _  _  _

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  good job sort of summarizing this line which the Courts have
2  drawn.  And the Court there said:
3       "Native data collection may be highly offensive
4       if a defendant disregards consumer's privacy choices
5       while simultaneously holding itself out as respecting
6       them."
7       And what all of these cases deal with, including the
8  *Nickelodeon* case and the *In Re Google* case that plaintiffs rely
9  upon, what they say is:  It's not merely an omission.  It's
10 where you've made an affirmative misrepresentation that you're
11 taking -- you're not collecting data when you, in fact, are or
12 that you've engaged in some --
13      **THE COURT:**  Let me just jump in.  You could also do
14 that by omission.  You can not tell people what you're doing
15 and that can be equally deceitful.
16      Let me ask you this.  If Mr. Sobol were to revise the
17 Complaint and eliminate every reference to COPPA, do you think
18 you would still have a preemption argument?
19      **MR. BLAVIN:**  If the complaint simply excises COPPA,
20 but keeps the allegations as they are, no, because I think, as
21 your Honor rightly identified, that would simply be alleging a
22 COPPA claim.
23      **THE COURT:**  Well, what's wrong with Mr. Sobol just
24 saying:  We believe that privacy laws stand for the proposition
25 that you can't just harvest kids' data without getting parental