SONYA D. WINNER (Bar No. 200348)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: swinner@cov.com

EMILY JOHNSON HENN (Bar No. 269482)
KATHRYN E. CAHOY (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email:  ehenn@cov.com
Email:  kcahoy@cov.com

*Attorneys for Defendants Viacom Inc.*
*and Viacom International Inc.*

*(Additional counsel listed on signature pages)*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCDONALD, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>KILOO A/S, et al.,<br>    Defendants. | Civil Case No.: 3:17-cv-04344-JD (L) |
| AMANDA RUSHING, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, et al.,<br>    Defendants. | Civil Case No.: 3:17-cv-04419-JD |
| AMANDA RUSHING,<br>    Plaintiffs,<br><br>    v.<br><br>VIACOM INC., et al.,<br>    Defendants. | Civil Case No.: 3:17-cv-04492-JD<br><br>**JOINT STIPULATION REGARDING INTERIM EXTENSION TO ANSWER DEADLINE AND [PROPOSED] ORDER** |

1    Plaintiffs and Defendants in the above-captioned cases (collectively, "the Parties") hereby

2    stipulate as follows:

3        WHEREAS, on May 22, 2019, this Court entered an Order on Defendants' motions to dismiss

4    (*see* Dkt. 270);

5        WHEREAS, on Tuesday, May 28, 2019, Defendants emailed Plaintiffs to request agreement that

6    Defendants' responsive pleadings would be due July 16, 2019, 33 days from the court-ordered June 13,

7    2019 deadline for amended complaints in the *Kiloo* and *Disney* cases;

8        WHEREAS, Plaintiffs responded on May 30, 2019, that they would consider Defendants'

9    proposal in the context of a broader case schedule;

10       WHEREAS, Defendants responded on May 30, 2019, that they have no objection to a broader

11   discussion about the case schedule but that, in order to facilitate that discussion, they request an interim

12   agreement to extend the deadline for any responsive pleadings to the existing Amended Complaints that

13   may be due on June 5, 2019, by two weeks, to June 19, 2019;

14       WHEREAS, Plaintiffs' three Amended Complaints are long and detailed, which Defendants

15   believe necessitates additional time beyond that provided in the Federal Rules of Civil Procedure to

16   respond;

17       WHEREAS, the Court previously extended the time to respond to the Amended Complaints

18   pursuant to a stipulated briefing schedule for Defendants' motions to dismiss (*see* Dkt. 186);

19       WHEREAS, there has been no previous extension of any answer deadlines after the Court's

20   Order on the motions to dismiss;

21       WHEREAS, the present stipulation would not affect any court-ordered schedule for the case;

22       WHEREAS, in the event the Court has not reviewed and ruled on this stipulation on or before

23   any Defendants' current deadline to respond to the Amended Complaints, Plaintiffs agree not to seek

24   entry of default, move for a default judgment, or take the position that Defendants have waived or

25   forfeited any rights with respect to their responsive pleadings.

26       IT IS HEREBY STIPULATED AND AGREED TO that:

27       1.    No answer shall be due from any Defendant before June 19, 2019.

28

2.     The Parties will meet and confer regarding the schedules for the three cases, including responsive pleading dates.

**IT IS SO STIPULATED**.

DATED:  June 4, 2019                          Respectfully submitted,


By:     /s/ Michael W. Sobol
        MICHAEL W. SOBOL (Bar No. 194857)
        FACUNDO BOUZAT
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        Telephone: + 1 (415) 956-1000
        Facsimile: + 1 (415) 956-1008
        Email: msobol@lchb.com
        Email: fbouzat@lchb.com

        NICHOLAS DIAMAND
        DOUGLAS I. CUTHBERTSON
        SEAN PETTERSON
        250 Hudson Street, 8th Floor
        New York, NY 10013-1413
        Telephone: + 1 (212) 355-9500
        Facsimile: + 1 (212) 355-9592
        Email: ndiamand@lchb.com
        Email: dcuthbertson@lchb.com
        Email: spetterson@lchb.com

        HANK BATES
        ALLEN CARNEY
        CARNEY BATES & PULLIAM, PLLC
        519 West 7th Street
        Little Rock, AR 72201
        Telephone: + 1 (501) 312-8500
        Facsimile: + 1 (501) 312-8505
        Email: hbates@cbplaw.com
        Email: acarney@cbplaw.com

        *Attorneys for Plaintiffs*

By:     /s/ Joshua H. Lerner
        DARALYN J. DURIE
        JOSHUA H. LERNER

1    RAGHAV KRISHNAPRIYAN
2    DURIE TANGRI LLP
     217 Leidesdorff Street
3    San Francisco, CA 94111
     Telephone: + 1 (415) 362-6666
4    Facsimile: + 1 (415) 236-6300
     Email: ddurie@durietangri.com
5    Email: jlerner@durietangri.com
     Email: rkrishnapriyan@durietangri.com
6
7    **Attorneys for Defendant Kiloo A/S**
8
9    By:   _/s/ Lance A. Etcheverry_____
     LANCE A. ETCHEVERRY
10   JACK P. DICANIO
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
11   525 University Avenue
     Palo Alto, CA 94301
12   Telephone: + 1 (650) 470-4500
     Facsimile: + 1 (650) 470-4570
13   Email: letcheve@skadden.com
     Email: jdicanio@skadden.com
14
15   ALLISON B. HOLCOMBE
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
16   300 South Grand Avenue, Suite 3400
     Los Angeles, CA 90071
17   Telephone: + 1 (213) 687-5000
     Facsimile: + 1 (213) 621-5432
18   Email: allison.holcombe@skadden.com
19
20   **Attorneys for Defendant Sybo Games ApS**
21   By:   _/s/ David R. Singh_____
22   DAVID R. SINGH (Bar No. 300840)
     JOHN A. STRATFORD
23   AUDREY E. STANO
     WEIL, GOTSHAL & MANGES LLP
24   201 Redwood Shores Parkway, 5th Floor
     Redwood Shores, CA 94065
25   Telephone: + 1 (650) 802-3000
     Facsimile: + 1 (650) 802-3100
26   Email: david.singh@weil.com
     Email: john.stratford@weil.com
27   Email: audrey.stano@weil.com
28

JOINT STIPULATION REGARDING INTERIM          - 3 -          Case Nos.: 3:17-cv-4344-JD; 3:17-cv-4419-JD;
EXTENSION TO ANSWER DEADLINES AND                                              3:17-cv-4492-JD
[PROPOSED] ORDER

1

*Attorney for Defendant AdColony, Inc.*

2

3       By:    */s/ Quynh K. Vu*
               STEVEN S. KAUFHOLD (Bar No. 157195)

4              QUYNH K. VU (Bar No. 286631)

5              KAUFHOLD GASKIN LLP
              388 Market St., Suite 1300

6              San Francisco, CA 94111
              Telephone: + 1 (415) 445-4620

7              Facsimile: + 1 (415) 874-1071
              Email: SKaufhold@KaufholdGaskin.com

8              Email: QVu@KaufholdGaskin.com

9       *Attorneys for Defendant Chartboost, Inc.*

10

11      By:    */s/ Tyler G. Newby*
               TYLER G. NEWBY

12             FENWICK & WEST LLP

13             555 California Street, 12th Floor
             San Francisco, CA 94104

14             Telephone: + 1 (415) 875-2300
             Facsimile: + 1 (415) 875-2391

15             Email: tnewby@fenwick.com

16       *Attorneys for Defendant InMobi Pte Ltd.*

17

18      By:    */s/ Celeste M. Brecht*
               CELESTE M. BRECHT

19             VENABLE LLP

20             2049 Century Park East, Suite 2300
             Los Angeles, CA 90067

21             Telephone: + 1 (310) 229-9900
             Facsimile: + 1 (310) 229-9901

22             Email: cmbrecht@venable.com

23             EDWARD P. BOYLE

24             JOHN C. VAZQUEZ
             VENABLE LLP

25             1270 Avenue of the Americas
             New York, NY 10020

26             Telephone: + 1 (212) 808-5675
             Facsimile: + 1 (212) 307-5598

27             Email: epboyle@venable.com
             Email:jcvazquez@venable.com

28

JOINT STIPULATION REGARDING INTERIM     - 4 -     Case Nos.: 3:17-cv-4344-JD; 3:17-cv-4419-JD;
EXTENSION TO ANSWER DEADLINES AND                      3:17-cv-4492-JD
[PROPOSED] ORDER

*Attorneys for Defendants ironSource USA Inc.,*
*comScore, Inc. and Full Circle Studies, Inc.*

By:    /s/ Julie E. Schwartz
       JAMES G. SNELL
       JULIE ERIN SCHWARTZ
       ANNA C. MOURLAM
       PERKINS COIE LLP
       3150 Porter Drive,
       Palo Alto, CA 94304-1212
       Telephone: + 1 (650) 838-4367
       Facsimile: + 1 (650) 838-4567
       Email: jsnell@perkinscoie.com
       Email: jschwartz@perkinscoie.com
       Email: amourlam@perkinscoie.com

*Attorneys for Defendants Mopub, Inc. and Twitter, Inc.*

By:    /s/ Jacob A. Sommer
       JACOB A. SOMMER
       ZWILLGEN LAW LLP
       1900 M Street NW, Suite 250
       Washington, D.C. 20036
       Telephone: + 1 (202) 296-3585
       Facsimile: + 1 (202) 706-5298
       Email: jake@zwillgen.com

       JUI-TING ANNA HSIA (Bar No. 234179)
       ZWILLGEN LAW LLP
       235 Montgomery Street, Suite 425
       San Francisco, CA 94104
       Telephone: + 1 (415) 590-2341
       Facsimile: + 1 (415) 636-5965
       Email: anna@zwillgen.com

*Attorneys for Defendants Tapjoy, Inc. and Vungle, Inc.*

By:    /s/ Jonathan H. Blavin
       GLENN D. POMERANTZ
       JORDAN D. SEGALL
       MUNGER, TOLLES & OLSON, LLP
       350 South Grand Avenue, 50th Floor
       Los Angeles, CA 90071-3426
       Telephone: + 1 (213) 683-9132
       Facsimile: + 1 (213) 687-3702
       Email: glenn.pomerantz@mto.com

       ROSEMARIE T. RING

JONATHAN H. BLAVIN
JOSHUA S. MELTZER
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: + 1 (415) 512-4000
Facsimile: + 1 (415) 512-4700
Email: rose.ring@mto.com
Email:jonathan.blavin@mto.com
Email: joshua.meltzer@mto.com

*Attorneys for Defendants The Walt Disney Co.;*
*Disney Enterprises, Inc.; and Disney Electronic*
*Content Inc.*

By:   /s/ Matthew D. Brown
MATTHEW D. BROWN (Bar No. 196972)
BENJAMIN H. KLEINE (Bar No. 257225)
AMY M. SMITH (Bar No. 287813)
KELLY E. FABIAN (Bar No. 310359)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: + 1 (415) 693-2000
Facsimile: + 1 (415) 693-2222
Email: brownmd@cooley.com
Email: bkleine@cooley.com
Email: amsmith@cooley.com
Email: kfabian@cooley.com

*Attorneys for Defendant Upsight, Inc.*

By:   /s/ Purvi G. Patel
DAVID F. MCDOWELL (Bar No. 125806)
PURVI G. PATEL (Bar No. 270702)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: + 1 (213) 892-5200
Facsimile: + 1 (213) 892-5454
Email: DMcDowell@mofo.com
Email: PPatel@mofo.com

JULIE O'NEILL (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue N.W.
Washington D.C. 20006
Telephone: + 1 (202) 887-1500

Facsimile: + 1 (202) 887-0736
Email: JONeill@mofo.com

***Attorneys for Defendant Unity Technologies SF***

By:    */s/ Kathryn E. Cahoy*
SONYA D. WINNER (Bar No. 200348)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: swinner@cov.com

EMILY JOHNSON HENN (Bar No. 269482)
KATHRYN E. CAHOY (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email:  ehenn@cov.com
Email:  kcahoy@cov.com

***Attorneys for Defendants Viacom Inc.***
***and Viacom International Inc.***

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  June 5, 2019                          _____
                                              Hon. James Donato
                                              United States District Judge