Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MCDONALD, et al.

                Plaintiff(s),

    v.

KILOO A/S, et al.

                Defendant(s).

Case No: 3:17-cv-04344-J

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kaveri Vaid , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Kiloo A/S in the above-entitled action. My local co-counsel in this case is Daralyn J. Durie , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Durie Tangri LLP, 530 Molino Street, Suite 111 Los Angeles, CA 90013 | Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (213) 992-4499 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 362-6666 |
| MY EMAIL ADDRESS OF RECORD: kvaid@durietangri.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ddurie@durietangri.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5231436 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/28/19

                         Kaveri Vaid
                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kaveri Vaid is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 29, 2019

                UNITED STATES DISTRICT/MAGISTRATE JUDGE