UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCDONALD et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KILOO APS et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04344-JD<br><br>**SCHEDULING ORDER** |
| AMANDA RUSHING et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04419-JD |
| AMANDA RUSHING et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIACOM INC. et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04492-JD |

　　　The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | January 10, 2020 |
| Last day plaintiffs to file motion for class certification | March 5, 2020 |
| Last day defendants to oppose class certification | March 26, 2020 |
| Last day plaintiffs to file reply in support of class certification | April 9, 2020 |
| Fact discovery cut-off | April 23, 2020 |
| Hearing on class certification | April 30, 2020 @10 a.m. |
| Last day to disclose experts | April 30, 2020 |
| Last day to disclose rebuttal experts | May 21, 2020 |
| Expert discovery cut-off | June 4, 2020 |
| Last day to file dispositive and *Daubert* motions | June 4, 2020 |
| Pretrial conference | September 17, 2020 @1:30 p.m. |
| Jury Trial | October 5, 2020 @9 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: December 19, 2019

_____
JAMES DONATO
United States District Judge