1  MICHAEL W. SOBOL (State Bar No. 194857)
2  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: 415.956.1000
   Facsimile: 415.956.1008
5

6  Attorneys for Plaintiffs individually and on
   behalf of all others similarly situated
7

   *(Additional counsel listed on signature pages)*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL MCDONALD, et al., | Case No. 3:17-cv-04344-JD (L) |
| Plaintiffs, | **JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE PENDING THE FILING OF MOTION FOR APPROVAL OF SETTLEMENT** |
| v. | |
| KILOO A/S, et al., | |
| Defendants. | |

1962450.1

JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE
PENDING THE FILING OF MOTION FOR APPROVAL OF
SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 3:17-CV-04344-JD (L)

1  Plaintiffs Michael McDonald, Tamara Draut, and Dominique Murillo ("Plaintiffs") and Defendants Sybo Games APS, AdColony, Inc, Flurry, Inc., inMobi PTE LTD., ironSource USA Inc., Tapjoy, Inc., Chartboost, Inc., and Vungle, Inc. (the "Settling Defendants"), each having agreed to settle the above-captioned action ("Action"), hereby stipulate to the cessation of all motions practice pending the filing of a Motion for Approval of Settlement to the Court, and request the Court to enter an order, as follows:

WHEREAS, Plaintiffs and the Settling Defendants have agreed to settle this action and have filed Notices of Settlement with the Court as to Sybo Games APS, AdColony, Inc., Flurry, Inc., InMobi PTE LTD., ironSource USA Inc., Tapjoy, Inc., and Vungle, Inc., respectively (*see* Dkts. 337 (inMobi); 338 (Tapjoy); 339 (Vungle); 340 (ironSource); 341( AdColony); Sybo ApS (342);  Chartboost, Inc. (343); and Flurry (344)).

WHEREAS, the sole Defendant that has not agreed to settle this Action is Defendant Kiloo A/S;

IT IS HEREBY STIPULATED AND AGREED TO:

1.  Plaintiffs and the Settling Defendants will cease litigating this Action, and all motions practice—including but not limited to Plaintiffs' pending Motion for Class Certification—is suspended pending the filing of a Motion for Approval of Settlement to the Court.

Dated: April 2, 2020  Respectfully submitted,

By:  */s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat  (SBN 316957)
fbouzat@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: + 1 (415) 956-1000
Facsimile: + 1 (415) 956-1008
Email: msobol@lchb.com
Email: fbouzat@lchb.com

1962450.1

JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE
PENDING THE FILING OF MOTION FOR APPROVAL OF
SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 3:17-CV-04344-JD (L)

|   |   |   |
|---|---|---|
| | | NICHOLAS DIAMAND |
| | | DOUGLAS I. CUTHBERTSON |
| | | SEAN PETTERSON |
| | | 250 Hudson Street, 8th Floor |
| | | New York, NY 10013-1413 |
| | | Telephone: + 1 (212) 355-9500 |
| | | Facsimile: + 1 (212) 355-9592 |
| | | Email: ndiamand@lchb.com |
| | | Email: dcuthbertson@lchb.com |
| | | Email: spetterson@lchb.com |
| | | |
| | | HANK BATES |
| | | ALLEN CARNEY |
| | | DAVID SLADE |
| | | CARNEY BATES & PULLIAM, PLLC |
| | | 519 West 7th Street |
| | | Little Rock, AR 72201 |
| | | Telephone: + 1 (501) 312-8500 |
| | | Facsimile: + 1 (501) 312-8505 |
| | | Email: hbates@cbplaw.com |
| | | Email: acarney@cbplaw.com |
| | | Email:  dslade@cbplaw.com |
| | | |
| | | *Attorneys for Plaintiffs* |
| | | |
| | By: | /s/ Lance A. Etcheverry |
| | | LANCE A. ETCHEVERRY |
| | | JACK P. DICANIO |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | 525 University Avenue |
| | | Palo Alto, CA 94301 |
| | | Telephone: (650) 470-4500 |
| | | Facsimile: (650) 470-4570 |
| | | Email: letcheve@skadden.com |
| | | Email: jdicanio@skadden.com |
| | | |
| | | ABRAHAM A. TABAIE |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | 300 South Grand Avenue, Suite 3400 |
| | | Los Angeles, CA 90071 |
| | | Telephone: (213) 687-5000 |
| | | Facsimile: (213) 621-5432 |
| | | Email: atabaie@skadden.com |
| | | |
| | | *Attorneys for Defendant Sybo Games ApS* |

1962450.1

- 2 -

JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE
PENDING THE FILING OF MOTION FOR APPROVAL OF
SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 3:17-CV-04419-JD

| | | |
|---|---|---|
|  | By: | */s/ David R. Singh* |
|  |  | DAVID R. SINGH (SBN 300840) |
|  |  | AUDREY E. STANO |
|  |  | NEECKAUN IRANI |
|  |  | WEIL, GOTSHAL & MANGES LLP |
|  |  | 201 Redwood Shores Parkway, 5th Floor |
|  |  | Redwood Shores, CA 94065 |
|  |  | Telephone: (650) 802-3000 |
|  |  | Facsimile: (650) 802-3100 |
|  |  | Email: david.singh@weil.com |
|  |  | Email: audrey.stano@weil.com |
|  |  | Email: neeckaun.irani@weil.com |

*Attorney for Defendant AdColony, Inc.*

| | | |
|---|---|---|
|  | By: | */s/ Benjamin P. Smith* |
|  |  | BENJAMIN P. SMITH |
|  |  | ANDREW M. LEWIS |
|  |  | MORGAN, LEWIS & BOCKIUS, LLP |
|  |  | One Market, Spear Street Tower |
|  |  | San Francisco, CA 94105 |
|  |  | Telephone: (415) 442-1000 |
|  |  | Facsimile: (415) 442-1001 |
|  |  | Email: bpsmith@morganlewis.com |
|  |  | Email: andrew.lewis@morganlewis.com |

JOSEPH DUFFY
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-7378
Facsimile: (213) 612-2501
Email: joseph.duffy@morganlewis.com

*Attorney for Defendant Flurry, Inc.*

| | | |
|---|---|---|
|  | By: | */s/ Tyler C. Newby* |
|  |  | TYLER G. NEWBY |
|  |  | FENWICK & WEST LLP |
|  |  | 555 California Street, 12th Floor |
|  |  | San Francisco, CA 94104 |
|  |  | Telephone: (415) 875-2300 |
|  |  | Facsimile: (415) 875-2391 |
|  |  | Email: tnewby@fenwick.com |

*Attorneys for Defendant InMobi Pte Ltd.*

1962450.1

- 3 -

JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE
PENDING THE FILING OF MOTION FOR APPROVAL OF
SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 3:17-CV-04419-JD

|   |   |   |
|---|---|---|
| 1 | By: | */s/ Jacob A. Sommer* |

By: */s/ Jacob A. Sommer*
JACOB A. SOMMER
ZWILLGEN LAW LLP
1900 M Street NW, Suite 250
Washington, D.C. 20036
Telephone: + 1 (202) 296-3585
Facsimile: + 1 (202) 706-5298
Email: jake@zwillgen.com

JUI-TING ANNA HSIA (Bar No. 234179)
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Telephone: + 1 (415) 590-2341
Facsimile: + 1 (415) 636-5965
Email: anna@zwillgen.com

*Attorneys for Defendant Vungle, Inc. and TapJoy, Inc.*

By: */s/ Celeste M. Brecht*
CELESTE M. BRECHT
SARAH E. DIAMOND
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: + 1 (310) 229-9900
Facsimile: + 1 (310) 229-9901
Email: cmbrecht@venable.com
Email: sediamond@venable.com


EDWARD P. BOYLE
JOHN C. VAZQUEZ
VENABLE LLP
1270 Avenue of the Americans
New York, NY 10020
Telephone: + 1 (212) 808-5675
Facsimile: + 1 (212) 307-5598
Email: epboyle@venable.com
Email:jcvazquez@venable.com

*Attorneys for Defendant ironSource USA Inc.*

   */s/ Quynh K. Vu*
STEVEN S. KAUFHOLD (Bar No. 157195)
QUYNH K. VU (Bar No. 286631)
KAUFHOLD GASKIN LLP
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: + 1 (415) 445-4620
Facsimile: + 1 (415) 874-1071
Email: SKaufhold@KaufholdGaskin.com
Email: QVu@KaufholdGaskin.com

*Attorneys for Defendant Chartboost, Inc.*

1962450.1

- 4 -

JOINT STIPULATION OF CESSATION OF MOTIONS PRACTICE
PENDING THE FILING OF MOTION FOR APPROVAL OF
SETTLEMENT AND [PROPOSED] ORDER
CASE NO. 3:17-CV-04419-JD

1  MICHAEL W. SOBOL (State Bar No. 194857)
   LIEFF CABRASER HEIMANN &
2  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
3  San Francisco, CA 94111-3339
   Telephone: 415.956.1000
4  Facsimile: 415.956.1008

5
   Attorneys for Plaintiffs individually and on
6  behalf of all others similarly situated

7  *(Additional counsel listed on signature pages)*

8
                 **UNITED STATES DISTRICT COURT**
9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
10

11 | MICHAEL MCDONALD, et al.,       | Case No. 3:17-cv-04344-JD (L) |

12 |         Plaintiffs,              |

13 |         v.                       |

14 | KILOO A/S, et al.,               |
15
   |         Defendants.              |
16

17

18 **[PROPOSED] ORDER RE: CESSATION OF MOTIONS PRACTICE PENDING THE
   FILING OF MOTION FOR APPROVAL OF SETTLEMENT**
19

20     PURSUANT TO STIPULATION, IT IS SO ORDERED.

21
22     DATED:

23     _____           _____
                                                Hon. James Donato
24                                              United States District Judge

25

26

27

28

**ATTESTATION REGARDING SIGNATURES**

I, Michael W. Sobol, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 2, 2020              By:  /s/Michael W. Sobol
                                       Michael W. Sobol