| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> Michael W. Sobol (SBN 194857) <br> msobol@lchb.com <br> Michael K. Sheen (SBN 288284) <br> msheen@lchb.com <br> Facundo Bouzat (SBN 316957) <br> fbouzat@lchb.com <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.956.1000 <br> Facsimile: 415.956.1008 | **CARNEY BATES & PULLIAM, PLLC** <br> Hank Bates (SBN 167688) <br> hbates@cbplaw.com <br> Allen Carney <br> acarney@cbplaw.com <br> David Slade <br> dslade@cbplaw.com <br> 519 West 7th St. <br> Little Rock, AR 72201 <br> Telephone: 501.312.8500 <br> Facsimile: 501.312.8505 |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> Nicholas Diamand <br> ndiamand@lchb.com <br> Douglas I. Cuthbertson <br> dcuthbertson@lchb.com <br> Sean A. Petterson <br> spetterson@lchb.com <br> 250 Hudson Street, 8th Floor <br> New York, NY 10013 <br> Telephone: 212.355.9500 <br> Facsimile: 212.355.9592 | |

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCDONALD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KILOO A/S, et al., <br><br> Defendants. | Case No. 3:17-cv-04344-JD (L) <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS** |

1  Plaintiffs hereby withdraw, without prejudice, their pending motion to certify class and
2  administrative motion to file under seal portions of Plaintifs' motion to certify class. *See* Dkts.
3  346 & 347.  On April 5, 2020, Plaintiffs filed a notice of settlement with Defendant Kiloo A/S,
4  the only defendant against whom Plaintiffs moved for class certification.  Dkt. 348.
5  Accordingly, Plaintiffs request that the pending motions be withdrawn by the Clerk of
6  Court.

DATED:  April 6, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

*/s/ Michael W. Sobol*
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
Facundo Bouzat (SBN 316957)
fbouzat@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
Douglas I. Cuthbertson
dcuthbertson@lchb.com
Sean A. Petterson
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

CARNEY BATES & PULLIAM, PLLC
Hank Bates (SBN 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs individually and on behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Michael W. Sobol*
Michael W. Sobol