# EXHIBIT 34

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL MCDONALD, et al.<br><br>　　　　　　Plaintiffs,<br>v.<br>KILOO A/S, et al.<br><br>　　　　　　Defendants. | Case No.: 3:17-cv-04344-JD<br><br>**STIPULATED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS IN THE *KILOO* ACTION FOR DEFENDANTS SYBO APS AND CHARTBOOST, INC.** |

Having reviewed Plaintiffs' Motion for Awards of Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and the documents submitted in support thereof (*see* Dkt. 372, the "Fee Motion"), and in light of the Court's directives made during the hearing on the same, the Court now FINDS, CONCLUDES, and ORDERS as follows:

### Attorneys' Fees and Expenses

1. On December 17, 2020, the Court held a hearing on the Fee Motion and took the matter under submission. Defendants Sybo ApS ("Sybo") and Chartboost, Inc. ("Chartboost") did not file oppositions to Plaintiffs' Fee Motion.

2. Plaintiffs' requests are summarized below, as to Sybo and Chartboost:

**Table 1: Plaintiffs' Fee and Expense Requests**

| Defendant | Fee Request | Expense Request | Total Request | Payment Cap |
|---|---|---|---|---|
| Sybo | $469,236 | $55,764 | $525,000 | $525,000 |
| Chartboost | $94,236 | $55,764 | $150,000 | $150,000 |
| **Total** | **$563,472** | **$111,528** | **$675,000** | **$675,000** |

3. The Court will issue a separate order or orders as to fees, costs, and service awards sought from other Defendants in this Action, and the related actions, *Rushing v. The Walt Disney Co.*, No. 3:17-cv-04419-JD, and *Rushing v. ViacomCBS Inc.*, No. 3:17-cv-04492-JD.

### Service Awards

4. The Settlements separately provide that each Defendant shall pay a pro rata portion of service awards that total $7,500, or $2,500 to each of the three Class Representatives (*i.e.*, named Plaintiffs) as follows. No Defendants have opposed these requests.

**Table 2: Plaintiffs' Service Award Requests**

| Class Representatives | No. of Defendants | Service Awards |
|---|---|---|
| Michael McDonald, Tamara Draut, Dominique Murillo | 9 | $7,500 ($833 per Defendant) |

5. For the reasons set forth above, it is therefore ORDERED that in accordance with the terms of the Settlements, (i) Class Counsel be awarded $675,000 in reasonable attorneys' fees

1  and expenses ($563,472 in fees and $111,528 in expenses) by Defendants Sybo and Chartboost as
2  reflected in Table 1, above; and (ii) the Class Representatives each receive payments of service
3  awards in this Action, to be paid by Defendants Sybo and Chartboost as reflected in Table 2,
4  above.

5  **IT IS SO ORDERED.**

7  Dated: _____         _____
8                                    HON. JAMES DONATO
                                     United States District Judge