# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MCDONALD, et al.<br><br>              Plaintiffs,<br>v.<br>KILOO A/S, et al.<br><br>              Defendants. | Case No.: 3:17-cv-04344-JD<br><br>**STIPULATED [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS IN THE *KILOO* ACTION FOR DEFENDANT KILOO A/S.** |

Having reviewed Plaintiffs' Motion for Awards of Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and the documents submitted in support thereof (*see* Dkt. 372, the "Fee Motion"), and in light of the Court's directives made during the hearing on the same, the Court now FINDS, CONCLUDES, and ORDERS as follows:

### Attorneys' Fees and Expenses

1. On December 17, 2020, the Court held a hearing on the Fee Motion and took the matter under submission. No Defendant[1] opposed Plaintiffs' expense requests. However, seven Defendants (the "Opposing Defendants") in the *Kiloo* Action filed oppositions to Plaintiffs' fee requests. (Dkts. 374, 381, 382). Accordingly, the Court encouraged the parties "to continue their efforts to reach voluntary resolutions of their disputes" and to "promptly inform the Court of any resolutions reached." Dkt. 396.

2. On December 22, 2020, five of the seven Opposing Defendants (Flurry, InMobi, ironSource, Tapjoy, and Vungle) reached agreement with Plaintiffs regarding the amount of Plaintiffs' counsel's fee and expense award. *See* Dkt. 399-1 (Stipulated Proposed Order on Fees).[2] On December 23, 2020, Opposing Defendant AdColony reached the same agreement with Plaintiffs. *See* Dkt. 400-1 (Stipulated Proposed Order on Fees).

3. On December 24, 2020, the Court issued a text-only order accepting the parties' proposed agreements, which each reduce the amount of Plaintiffs' original fee requests by 15 percent. Dkt. 401. The Court further stated that "[t]he same 15% reduction will be applied to the fees to be paid by Kiloo." *Id.* Accordingly, Plaintiffs' counsel's request for attorneys' fees as to Opposing Defendant Kiloo will be reduced as follows:

**Table 1: Plaintiffs' Fee and Expense Requests**

| Defendant | Fee Request | Reduced Fee Award | Expense Request | Total Request | Total Payment |
|---|---|---|---|---|---|
| Kiloo | $704,236 | $598,601 | $55,764 | $760,000 | $654,365 |

---

[1] Defendants are Kiloo A/S ("Kiloo"); Sybo ApS ("Sybo"); AdColony, Inc. ("AdColony"); Chartboost, Inc. ("Chartboost"); Flurry, Inc. ("Flurry"); InMobi Pte Ltd. ("InMobi"); ironSource USA Inc. ("ironSource"); Tapjoy, Inc. ("Tapjoy"); and Vungle, Inc. ("Vungle").

[2] Plaintiffs also filed a proposed fee and expense order for Defendants Sybo and Chartboost, which did not file oppositions to Plaintiffs' fee and expense requests. *See* Dkt. 399-2.

4. The Court will issue separate orders as to fees, costs, and service awards sought from other Defendants in the *Kiloo* Action, and also in the related *Disney* and *Viacom* actions, where no oppositions were filed.

## Service Awards

5. The Settlements separately provide that each Defendant shall pay a pro rata portion of service awards that total $7,500, or $2,500 to each of the three Class Representatives (*i.e.*, named Plaintiffs) as follows in Table 2. No Defendants have opposed these requests.

**Table 2: Plaintiffs' Service Award Requests**

| Class Representatives | No. of Defendants | Service Awards |
|---|---|---|
| Michael McDonald, Tamara Draut, Dominique Murillo | 9 | $7,500 ($833 per Defendant) |

6. For the reasons set forth above, it is therefore ORDERED that in accordance with the terms of the Settlement, (i) Class Counsel be awarded $654,365 in reasonable attorneys' fees and expenses ($598,601 in fees and $55,764 in expenses) to be paid by Defendant Kiloo as reflected in Table 1, above; and (ii) the Class Representatives each receive payments of service awards in this Action, to be paid by Defendant Kiloo as reflected in Table 2, above.

**IT IS SO ORDERED.**

Dated: April 12, 2021

_____
HON. JAMES DONATO
United States District Judge