**VENABLE LLP**
Sarah E. Diamond (SBN 281162)
  sediamond@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:    (310) 229-9900
Facsimile:    (310) 229-9901

Edward P. Boyle (*Pro Hac Vice*)
  epboyle@venable.com
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Telephone:    (212) 307-5500
Facsimile:    (212) 307-5598

*Attorneys for Defendant
ironSource USA, Inc.*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (SBN 194857)
msobol@lchb.com
Michael K. Sheen (SBN 288284)
msheen@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

*Attorneys for Plaintiffs*

*(Additional counsel listed on signature pages)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL MCDONALD, TAMARA DRAUT, and DOMINIQUE MURILLO, on behalf of themselves; and as parents and guardians of their children, P.G.M., P.S.M., P.R.M., H.D.-F., M.M., G.M., and E.M.; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KILOO A/S; SYBO GAMES APS; ADCOLONY, INC.; CHARTBOOST, INC.; FLURRY, INC.; INMOBI PTE LTD.; IRONSOURCE USA INC.; OATH (AMERICAS) INC. d/b/a OATH ADVERTISING, INC.; OATH, INC.; TAPJOY, INC.; and VUNGLE, INC.,<br><br>Defendants. | Civil Case No.: 3:17-cv-04344-JD<br><br>**JOINT STIPULATION TO AMEND ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT WITH IRONSOURCE USA, INC. (DKT. NO. 406-6) AND [PROPOSED] ORDER** |

Defendant ironSource USA, Inc. ("ironSource") and Plaintiffs Michael McDonald, Tamara Draut, Dominique Murillo, and their children, P.G.M., P.S.M., P.R.M., H.D.-F., M.M., G.M., and E.M., (together, "Plaintiffs"), (collectively, the "Parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 5, 2020, Plaintiffs filed their Motion for Preliminary Approval of the Class Action Settlement (the "Settlement") (Dkt. No. 363), and included the Class Action Settlement and Release between Plaintiffs and ironSource (the "ironSource Settlement Terms") (*see* Dkt. No. 364-7);

WHEREAS, Paragraph 3.6 of the ironSource Settlement Terms provides for "Increased Requirements for Developers vis-à-vis COPPA Settings" whereby "[w]ithin 180 days of the entry of this Order, for all Developers' applications, ironSource shall implement" enumerated "steps to ensure that Developers comply with COPPA Settings," including that "Developers . . . re-affirm [certain COPPA] settings whenever they install a new or updated version of the ironSource SDK, unless the updated SDK is only a bug fix release."  (Dkt. No. 364-7, ¶ 3.6);

WHEREAS, on April 12, 2021, the Court issued an Order granting Final Approval of the Class Action Settlement with ironSource (the "Final Approval Order") (Dkt. No. 406-6), which incorporated the ironSource Settlement Terms;

WHEREAS, Paragraph 19 of the Court's Final Approval Order includes the identical language described above, mandating that ironSource "[r]equire Developers to re-affirm these [COPPA] settings whenever they install a new or updated version of the ironSource SDK, unless the updated SDK is only a bug fix release."(Dkt. No. 406-6, ¶ 19(C));

WHEREAS, Paragraph 31 of the Court's Final Approval Order states that "the Court reserves exclusive and continuing jurisdiction over the Lawsuit, the Class Representatives, the Settlement Class Members, and the Defendant for the purposes of supervising the implementation, enforcement, and construction of the Settlement" and the Final Approval Order (Dkt. No. 406-6, ¶ 31);

WHEREAS, in the course of implementing the injunctive relief set forth in the ironSource Settlement Terms and Final Approval Order, ironSource became aware of a drafting error to Paragraph 19(C) of the Final Approval Order (Dkt. No. 406-6, ¶ 19 (C)) and to the identical terms in Paragraph 3.6(C) to the ironSource Settlement Terms (Dkt. No. 364-7; ¶ 3.6(C));

WHEREAS, because of this drafting error, Plaintiffs agree to amend Paragraph 19(C) of the Final Approval Order (Dkt. No. 406-6, ¶ 19(C)) and the identical terms in Paragraph 3.6(C) to the ironSource Settlement Terms (Dkt. No. 364-7; ¶ 3.6(C)) to read as follows:

- Paragraph 19(C) of the Final Approval Order (Dkt. No. 406-6, ¶ 19(C)): "Require Developers to re-affirm these settings biennially";
- Paragraph 3.6(C) to the ironSource Settlement Terms (Dkt. No. 364-7): "Require Developers to re-affirm these settings biennially."

WHEREAS, the term "Require Developers to re-affirm these settings biennially" was specifically negotiated and agreed between the Parties in the course of negotiating the Settlement term sheet;

WHEREAS, Paragraph 3.6(C) to the ironSource Settlement Terms mistakenly incorporated different language from a prior draft term sheet which was carried over into the Final Approval Order;

WHEREAS, amending the language to "Require Developers to re-affirm these settings biennially" accurately reflects the Parties' agreement concerning practices going forward;

WHEREAS, amending the language in Paragraph 19(C) of the Final Approval Order (Dkt. No. 406-6, ¶ 19(C)) and Paragraph 3.6(C) to the ironSource Settlement Terms (Dkt. No. 364-7) to "Require Developers to re-affirm these settings biennially" would further the intended beneficial impact of the Settlement; and

WHEREAS, the Parties agree that the amended language to Paragraph 19(C) of the Final Approval Order (Dkt. No. 406-6, ¶ 19 (C)) and Paragraph 3.6(C) to the ironSource Settlement

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1  Terms (Dkt. No. 364-7; ¶ 3.6(C)), continues to constitute meaningful injunctive relief relating to
2  the claims at issue, and continues to "ensure that Developers comply with COPPA Settings."
3      IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT:

- Section 19(C) of the Final Approval Order (Dkt. No. 406-6) shall be amended such that "Require Developers to re-affirm these settings whenever they install a new or updated version of the ironSource SDK, unless the updated SDK is only a bug fix release" is replaced with "Require Developers to re-affirm these settings biennially."; and

- Section 3.6(C) of the ironSource Settlement Terms (Dkt. No. 364-7) shall be amended such that "Require Developers to re-affirm these settings whenever they install a new or updated version of the ironSource SDK, unless the updated SDK is only a bug fix release" is replaced with "Require Developers to re-affirm these settings biennially."

Dated:  August 11, 2021          VENABLE LLP

          By:   /s/ *Sarah E. Diamond*
                Sarah Diamond
                2049 Century Park East, Suite 2300
                Los Angeles, CA 90067
                Telephone: (310) 229-9900
                sediamond@venable.com

                Edward P. Boyle (*Pro Hac Vice*)
                1270 Avenue of the Americans
                New York, NY 10020
                Telephone: (212) 808-5675
                epboyle@venable.com

                *Attorneys for Defendant*
                *ironSource USA, Inc.*

Dated:  August 11, 2021          CARNEY BATES & PULLIAM, PLLC

          By:   */s/ Allen Carney*
                Allen Carney (*Pro Hac Vice*)
                Hank Bates (SBN 167688)
                519 West 7th Street
                Little Rock, AR 72201
                Telephone: (501) 312-8500

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

Facsimile: (501) 312-8505
hbates@cbplaw.com
acarney@cbplaw.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Michael W. Sobol (SBN 194857)
Michael K. Sheen (SBN 288284)
Nicholas Diamand (*Pro Hac Vice*)
Douglas I. Cuthbertson (*Pro Hac Vice*)
Sean Petterson (*Pro Hac Vice*)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
msheen@lchb.com
ndiamand@lchb.com
dcuthbertson@lchb.com
spetterson@lchb.com

*Attorneys for Plaintiffs*

**ATTESTATION REGARDING SIGNATURES**

I, Sarah E. Diamond, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 11, 2021                By:  */s/ Sarah E. Diamond*
                                           Sarah E. Diamond

# [PROPOSED] ORDER

Upon stipulation of the Parties and good cause appearing, the Court hereby orders that:

Section 19(C) of the Order granting Final Approval of the Class Action Settlement with ironSource ("Final Approval Order") (Dkt. No. 406-6) is amended such that "Require Developers to re-affirm these settings whenever they install a new or updated version of the ironSource SDK, unless the updated SDK is only a bug fix release" is replaced with "Require Developers to re-affirm these settings biennially."

Section 3.6(C) of the Class Action Settlement and Release between Plaintiffs and ironSource ("ironSource Settlement Terms") (Dkt. No. 364-7) is amended such that "Require Developers to re-affirm these settings whenever they install a new or updated version of the ironSource SDK, unless the updated SDK is only a bug fix release" is replaced with "Require Developers to re-affirm these settings biennially."

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  August 16, 2021

Hon. James Donato
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Sarah E. Diamond*
Sarah E. Diamond